THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ABRAHAM HERRMANN, Appellant.

*Crimes — practicing medicine without license — judgment of conviction affirmed.*

*People* v. *Herrmann*, 218 App. Div. 833, affirmed.
(Argued May 9, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1926, which affirmed a judgment of the Court of Special Sessions in the city of New York convicting the defendant of practicing medicine without a license in violation of subdivision 7 of section 160 of the Public Health Law.

*Paul L. Corwin* for appellant.

*Joab H. Banton*, District Attorney (*Edward V. Loughlin* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.